UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KINSMAN B. WOLFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:12-CV-583-TAV-HBG |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, plaintiff's objections [Doc. 15] are **OVERRULED** and the Court **ACCEPTS IN WHOLE** the R&R [Doc. 14], which the Court adopts and incorporates into its ruling. Plaintiff's motion for summary judgment [Doc. 11] is **DENIED**, the Commissioner's motion for summary judgment [Doc. 12] is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT